**IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF OKLAHOMA**

| | |
|---|---|
| ROBERT E. BODELL, II, | ) |
|       Plaintiff, | ) |
| v. | ) Case No. CIV-17-427-KEW |
| COMMISSIONER OF THE SOCIAL SECURITY ADMINISTRATION, | ) |
|       Defendant. | ) |

### J U D G M E N T

On this date, this Court entered its final order affirming the decision of the Administrative Law Judge. In accordance with the fourth sentence of 42 U.S.C. §405(g), Defendant is entitled to a judgment reflecting this Court's ruling.

IT IS THEREFORE ORDERED, ADJUDGED and DECREED that Defendant's decision denying benefits to Plaintiff is **AFFIRMED** pursuant to the fourth sentence of 42 U.S.C. §405(g).

IT IS SO ORDERED this 19th day of March, 2019.

_____
KIMBERLY E. WEST
UNITED STATES MAGISTRATE JUDGE